UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JESSE REID, JR. | : | Case No. 1:15-cv-538 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| RAY MAYBUS, et al., | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on August 19, 2015, submitted a

Report and Recommendations.  (Doc. 4).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety.  Accordingly:

1. The Report and Recommendations (Doc. 4) is **ADOPTED**;

2. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. Section
   1915(e)(2)(B);

3.      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.  He remains free, however, to apply to proceed *in forma pauperis* in the Court of Appeals; and

4.      The Clerk shall enter judgment according, whereupon this civil action is **TERMINATED in this Court**.[1]

**IT IS SO ORDERED**.

Date:  10/2/2015                                    _/s/Timothy S. Black_____
                                                     Timothy S. Black
                                                     United States District Judge

---

[1]Member case 2:15-cv-2732 remains closed for the same reasons cited herein.

2